v.

The STATE of Texas, Appellee.

No. 27431.

Court of Criminal Appeals of Texas.

Feb. 16, 1955.

Ysidoro CASTILLYA, Appellant,

v.

The STATE of Texas, Appellee.

No. 27420.

Court of Criminal Appeals of Texas.

Feb. 16, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is unlawful possession of intoxicating liquor for the purpose of sale in a dry area; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.